UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON WALKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANGELL, et al.,<br><br>　　　　Defendant. | Case No.: 1:18-cv-01469-LJO-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO WITHDRAW SUIT AND RE-FILE LATER<br>(Doc. No. 6)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

Plaintiff Aaron Walker is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint on October 25, 2018. (Doc. No. 1.)

On January 14, 2019, Plaintiff filed a motion to withdraw suit and re-file later, stating that he is working on exhausting appeals on certain matters, and therefore seeks to withdraw this case to potentially re-file later. (Doc. No. 6.) The Court construes this motion as a notice of voluntary dismissal, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc*., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id*. at 1078. Under Rule

41(a)(1)(B), unless the notice states otherwise, the dismissal is without prejudice, but if the plaintiff has "previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

In this case, no defendant has been served, and no defendant has filed an answer or motion for summary judgment.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate the pending findings and recommendations issued on December 28, 2018, as well as all other pending matters and deadlines, and close this case.

IT IS SO ORDERED.

Dated: **January 15, 2019**       /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE